SHAEFER–MEYER SEED–SOD
DIVISION, INC., and Greg
Shaw, Respondents,

v.

HILLSIDE GARDENS, INC., Appellant.

No. 73508.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 27, 1998.

David W. Suddarth, Troy, for appellant.

Frank K. Keefe, Ellisville, for respondents.

Before HOFF, P.J., and GARY M.
GAERTNER, and RHODES RUSSELL, JJ.

*ORDER*

PER CURIAM.

This is an appeal from a judgment entered on a jury verdict for defendant in a breach of contract case. The evidence in support of the verdict is not insufficient. No error of law appears.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).